UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FELISBERTO R. DOCANTO ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-12077-RGS |
| ) | |
| MICHAEL J. MCCLEARY, et al., ) | |
|     Defendants. ) | |

## PROCEDURAL ORDER

    Plaintiff has filed a self-prepared complaint, but has not paid the $350.00 filing fee and the $50.00 administrative fee, *see* 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, *see* 28 U.S.C. § 1915 (proceedings *in forma pauperis*).

    Accordingly, plaintiff must either (1) pay the $400.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee. Failure of plaintiff to comply with this directive **_by October 29, 2019_**, may result in the dismissal of this action.

    If plaintiff elects to seek *in forma pauperis* status, plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. *See* 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed *in forma pauperis*. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

    SO ORDERED.


  10/8/2019                                            /s/ Richard G. Stearns
DATE                                                       UNITED STATES DISTRICT JUDGE